770

## Commonwealth *v.* Parker, Appellant.

Submitted March 20, 1967.
*Brady Joseph Parker,* appellant, in propria persona; *Henry T. Crocker* and *Richard A. Devlin,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Ross, Appellant.

Submitted March 13, 1967.
*Terry Lee Ross,* appellant, in propria persona; *Henry W. Rhoads,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.

Argued March 13, 1967. *Morrison B. Williams,* for appellant; *Earl R. Doll,* Assistant District Attorney, with him *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.